# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FREDERICK N. MEINERS, III

VERSUS

ST. TAMMANY PARISH FIRE
PROTECTION DISTRICT NO. 4
AND ST. TAMMANY FIRE
PROTECTION DISTRICT NO. 4,
ET AL.

NO.   2019 CW 1005

**MAR 1 3 2020**

---

In Re:   St. Tammany Parish Fire Protection District No. 4,
applying for supervisory writs, 22nd Judicial District
Court, Parish of St. Tammany, No. 201710824.

---

**BEFORE: WHIPPLE, C.J., McDONALD, McCLENDON, WELCH, AND
HOLDRIDGE, JJ.**

**WRIT DENIED.**

**VGW**
**JMM**
**JEW**

**McClendon, J.,** dissents and would grant the writ. The
district court exceeded its authority in setting aside and
reversing, in part, the ruling of the Board upholding
respondent's termination. See **Marchiafava v. Baton Rouge Fire
and Police Civil Service Board**, 233 La. 17, 96 So.2d 26 (La.
1957).

**Holdridge, J.,** dissents and would grant certiorari.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT